(134 So. 917)

### Elza CHAVERS v. STATE.
### 3 Div. 683.

Court of Appeals of Alabama.
May 19, 1931.

SAMFORD, J.
Appeal dismissed.

(134 So. 918)

### Emmet CHESTINE v. STATE.
### 6 Div. 971.

Court of Appeals of Alabama.
May 5, 1931.

SAMFORD, J.
Appeal dismissed.

(134 So. 918)

### Sandy CHICARELLO v. Lewyl GREESON, etc.
### 6 Div. 857.

Court of Appeals of Alabama.
April 23, 1931.

PER CURIAM.
Appeal dismissed for want of prosecution.

(130 So. 919)

### CITIZENS' INS. CO. OF MO. v. John DEAKLE.
### I Div. 996.

Court of Appeals of Alabama.
Oct. 23, 1930.

PER CURIAM.
Appeal dismissed on motion of appellant.

(132 So. 911)

### CITY of BIRMINGHAM v. R. C. SIMMONS.
### 6 Div. 813.

Court of Appeals of Alabama.
Jan. 10, 1931.

BRICKEN, P. J.
Affirmed by agreement.

(132 So. 911)

### CITY OF PHENIX CITY v. SMITH-PITT-MAN TRACTOR CO.
### 5 Div. 823.

Court of Appeals of Alabama.
Feb. 17, 1931.

J. B. Hicks, of Phenix City, for appellant.
Joe Brown Duke, of Opelika, for appellee.

BRICKEN, P. J.
This cause is affirmed for want of assignment of error in the transcript. Aside from this there appears no merit in any of the insistences of appellant. The judgment rendered appears to be proper and just, and certainly no ruling of the court tended in the least to erroneously affect the substantial right of the defendant on the trial in the lower court.
Affirmed.

(132 So. 911)

### Tom CLAY, Jr., v. STATE.
### 8 Div. 202.

Court of Appeals of Alabama.
Feb. 10, 1931.

BRICKEN, P. J.
Affirmed.